1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

10

CARLOS MANUEL FLORES,

Case No. 1:14-cv-01899-SKO (PC)

11

        Plaintiff,

ORDER DENYING MOTION FOR
COURTESY COPY OF COMPLAINT

12

    v.

(Doc. 1)

13

V. SOTO, et al.,

14

        Defendants.

_____/

15

16       Plaintiff Carlos Manuel Flores, a state prisoner proceeding pro se and in forma pauperis,

17 filed this civil rights action pursuant to 42 U.S.C. § 1983 on December 1, 2014.  On April 27,

18 2015, Plaintiff filed a motion seeking a courtesy copy of his complaint so he can verify that the

19 Court received a complete copy of his thirty-six page complaint.  The Court does not provide free

20 copies, and in light of the fact that the Court has verified that Plaintiff's complaint is thirty-six

21 pages long, there is no ground justifying deviation from the standard copy policy.  (Doc. 3, Order,

22 § II(I).)  Accordingly, Plaintiff's motion is HEREBY DENIED.

23

24 IT IS SO ORDERED.

25   Dated:   __April 29, 2015__            ___/s/ Sheila K. Oberto___

                                       UNITED STATES MAGISTRATE JUDGE

26
27
28